# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

---

**MARTIN R. GONZALEZ,**
                    **Plaintiff,**

        **v.**                                          **Case No. 11-CV-01070**

**CITY OF MILWAUKEE, et al.,**
                    **Defendants.**

---

## ORDER

Plaintiff Martin R. Gonzalez is suing several defendants, including the Milwaukee Police Department, for employment discrimination and retaliation. On January 23, 2012, defendants filed a motion to dismiss the Milwaukee Police Department as a party to this lawsuit. Plaintiff has not yet responded to defendants' motion. Plaintiff is hereby notified that he has 14 days from the date of this order to file a brief in opposition to the motion to dismiss. If plaintiff fails to file a brief in opposition, the motion will be granted as unopposed pursuant to Civil L.R. 7(d) (E.D. Wis. 2010).

**THEREFORE, IT IS ORDERED** that plaintiff has fourteen (14) days from the date of this order to file a brief in opposition to defendants' motion to dismiss.

Dated at Milwaukee, Wisconsin, this 21st day of March 2012.


s/_____
LYNN ADELMAN
District Judge